≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

| | |
|---|---|
| DAVID SOUTO<br>　　　　　Plaintiff (s),<br>V.<br>MANTECA TRAILER AND MOTORHOME, LLC<br>　　　　　Defendant (s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 5:16-cv-01362 *NC* |

Notice is hereby given that, subject to approval by the court, __Manteca Trailer & Motorhome LLC__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Dolores E. Gonzalez, Esq.__ , State Bar No. __171306__ as counsel of record in
　(Name of New Attorney)

place of __David N. Ruben, Esq.__
　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　　Summers & Shives, A.P.C
　　Address:　　　　　8525 Gibbs Drive, Suite 115 San Diego, California 92123
　　Telephone:　　　　(858) 874-1800　　　　Facsimile　(858) 874-1888
　　E-Mail (Optional):　doloresgonzalez@summers-shives.com

I consent to the above substitution.
Date: __6/9/16__
　　　　　　　　　　　　　　　　　　　　_David W Tenney_
　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: __6/1/2016__
　　　　　　　　　　　　　　　　　　　　_David N. Ruben_
　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __6/14/16__
　　　　　　　　　　　　　　　　　　　　_Dolores E. Gonzalez_
　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __June 22, 2016__　　　　　　　　　　_APPROVED — Judge Nathanael M. Cousins_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|

| TITLE OF CASE (Abbreviated) *Souto v. Manteca Trailer and Motor Home, LLC, et. al.* | |
|---|---|
| ATTORNEY(S) NAME AND ADDRESS<br>Dolores E. Gonzales, Esq.<br>**SUMMERS & SHIVES**<br>8525 Gibbs Drive, Suite 115<br>San Diego, California 92123-1758 | TELEPHONE (858) 874-1800<br>FAX: (858) 874-1888 |
| ATTORNEY(S) FOR:<br>Defendant Thor Motor Coach, Inc. and Manteca Trailer and Motorhome, LLC | HEARING: DATE-TIME-DEPT | CASE NUMBER 5:16-cv-01362 NC |

## DECLARATION OF SERVICE
[Code Civ. Proc. §§ 1013A and 2015.5]

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 8525 Gibbs Drive, Suite 115, San Diego, California 92123-1758.

I served the following document(s):

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on the parties in this action addressed as follows:

Terry L. Baker, Esq.
820 Bay Avenue, Suite 230L
Capitola, CA 95010
(831) 476-7900 FAX: (831) 476-7906
Email: tbaker@consumerlawgroup.net
**Attorney for PLAINTIFFS**

David N. Ruben, Esq.
RUBEN & SJOLANDER, LLP
1875 Century Park East, Suite 1050
Los Angeles, CA 90067
**(310) 788-2828 FAX: (310) 788-9028**
Email: druben@randsllp.com

**X**   **BY ELECTRONIC FILING**: Pursuant to the E-Filing System of the United States District Court, Northern District of California, to the parties at the e-mail address on the Court's Website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 14, 2016, at San Diego, California.

*[signature]*

HEATHER A. LAWSON, CCLS