TERRY L. BAKER  (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:     (831) 476-7900
Fax:    (831) 476-7906
tbaker@consumerlawgroup.net

Attorney for Plaintiff
DAVID SOUTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID SOUTO, an individual, | Case No. C 16-cv-01362-NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| vs. | |
| MANTECA TRAILER AND MOTORHOME, LLC, a limited liability company; and THOR MOTOR COACH, INC., a corporation, | |
| Defendants. | |

It is hereby stipulated, by and between plaintiff and defendants, by and through their respective counsel of record, that based on the settlement that the parties have entered into, the above-captioned matter be dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1).

Dated:          November 8, 2016           Respectfully submitted,


                                            /s/ Terry L. Baker
                                            TERRY L. BAKER
                                            Attorney for plaintiff

Dated:          November 8, 2016           Summers & Shives, A.P.C.


                                            /s/ Dolores Gonzales
                                            DOLORES E. GONZALES
                                            Attorney for defendants

---

*Souto v. Thor Motor Coach, Inc.*           -1-     STIPULATION FOR DISMISSAL

1
2
3
4      The parties having stipulated and good cause appearing therefor,

5      IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.
6
7
   Dated: November 10, 2016
8                                                                    _____
                                                 GRANTED                 RATE JUDGE
9
                                              Judge Nathanael M. Cousins
10
11
12

*GRANTED*
*Judge Nathanael M. Cousins*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

---

*Souto v. Thor Motor Coach, Inc.*            -2-    STIPULATION FOR DISMISSAL